# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harner, Michelle M. | United States Bankruptcy Court District of Maryland | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2018 <br> **to** <br> 12/31/2018 |

**7. Chambers or Office Address**

Edward A. Garmatz United States Courthouse
101 West Lombard Street, 9th Floor
Baltimore, Maryland 21201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors (ongoing) | American Bankruptcy Institute |
| 2. | Independent contractor for recorded bar review lectures(9/13/2017-9/1/2018) | Themis Bar Review |
| 3. | Chair (completed June 2018) | Maryland State Bar Association Business Law Section |
| 4. | Member (current) | University of Maryland Francis King Carey School of Law Board of Visitors |
| 5. | Chair (10/01/2018 - present) | National Conference of Bankruptcy Judges - Education Committee for the 2019 Annual Conference |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/13/2017 | Michelle M. Harner (as instructor) and Themis Bar Review, LLC - sets forth terms of renewed arrangement for bar review lectures |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Leg, Inc. - Royalties | $260.84 |
| 2. | 2018 | Themis Bar Review - Independent Contractor | $5,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Ballard Spahr LLP (law partnership income) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐    NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | July, 2018 | Amelia Island, FL | Participation in Spring Meeting | Reimbursement of travel expenses |
| 2. | American Bankruptcy Institute | September, 2018 | Washington, DC | Participation in "Views from the Bench" | Reimbursement of travel expenses |
| 3. | National Conference of Bankruptcy Judges | October, 2018 | San Antonio, TX | Participation in NCBJ 2018 Annual Conference | Reimbursement of travel expenses |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Revolving charge account | J |
| 2. Citibank, N.A. (Master Card) | Revolving charge account | J |
| 3. ▓▓▓▓ | Tuition payment agreement | J |
| 4. ▓▓▓▓ | Tuition payment agreement | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harner, Michelle M.** | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Citibank checking account #1 | A | Interest | K | T | | | | | |
| 2. Citibank checking account #2 | A | Interest | K | T | | | | | |
| 3. Citibank savings account #1 | A | Interest | N | T | | | | | |
| 4. Citibank savings account #2 | A | Interest | J | T | | | | | |
| 5. Citibank savings account #3 | A | Interest | J | T | | | | | |
| 6. Citibank savings account #4 | A | Interest | J | T | | | | | |
| 7. T. Rowe Price 529 account #1 - Maryland CIP Portfolio 2021 | A | Dividend | M | T | | | | | |
| 8. T. Rowe Price 529 account #2 - Maryland CIP Portfolio 2024 | A | Dividend | M | T | | | | | |
| 9. T. Rowe Price 529 account #3 - Maryland CIP Portfolio 2033 | A | Dividend | M | T | | | | | |
| 10. Northwestern Mutual life insurance policy #1 (term life) | A | Int./Div. | L | T | | | | | |
| 11. Northwestern Mutual Extraordinary Life policy #2 (H) | | | | | | | | | |
| 12. 1. - NM General Premium Accumulation Account | D | Int./Div. | M | T | | | | | |
| 13. MetLife Flexible Premium Life Policy #1 (H) | | | | | | | | | |
| 14. 1. - ML Ultra Short Bond Fund | A | Int./Div. | J | T | | | | | |
| 15. MetLife Flexible Premium Life Policy #2 (H) | | | | | | | | | |
| 16. 1. - MetLife General Acccount 4.0 Guaranteed | A | Int./Div. | J | T | | | | | |
| 17. Rollover IRA #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harner, Michelle M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 1. - Western Asset Institutional Government Fund | A | Int./Div. | K | T | | | | | |
| 19. 2. - TR Russell 1000 Value Fund | A | Dividend | N | T | | | | | |
| 20. 3. - TR Russell 1000 Growth Fund | A | Dividend | N | T | | | | | |
| 21. 4. - TR Russell 2000 Fund | A | Dividend | L | T | | | | | |
| 22. 5. - JP Morgan USD Emerging Markets Bond Fund | A | Dividend | L | T | | | | | |
| 23. 6. - TR Enhanced Short fund | A | Dividend | L | T | | | | | |
| 24. 7. - TR Bloomberg Barclays High Yield Bond Fund | A | Dividend | L | T | | | | | |
| 25. 8. - Vanguard Bond Index Fund | A | Dividend | N | T | | | | | |
| 26. 9. - Vanguard FTSE Developed Markets Fund | A | Dividend | N | T | | | | | |
| 27. 10. - Vanguard Charlotte FDS Total Int'l Bond Fund | A | Dividend | M | T | | | | | |
| 28. 11. - Vanguard Int'l Equity Index Emerging Markets Fund | A | Dividend | M | T | | | | | |
| 29. Rollover IRA #2 (H) | | | | | | | | | |
| 30. 1. - Western Asset Institutional Government Fund | A | Int./Div. | J | T | | | | | |
| 31. 2. - TR Russell 1000 Value Fund | A | Dividend | K | T | | | | | |
| 32. 3. - TR Russell 1000 Growth Fund | A | Dividend | K | T | | | | | |
| 33. 4. - TR Russell 2000 Fund | A | Dividend | J | T | | | | | |
| 34. 5. - JP Morgan USD Emerging Markets Bond Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harner, Michelle M. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.    6. - TR Enhanced Short fund | A | Dividend | J | T | | | | | |
| 36.    7. - TR Bloomberg Barclays High Yield Bond Fund | A | Dividend | J | T | | | | | |
| 37.    8. - Vanguard Bond Index Fund | A | Dividend | L | T | | | | | |
| 38.    9. - Vanguard FTSE Developed Markets Fund | A | Dividend | K | T | | | | | |
| 39.    10. - Vanguard Charlotte FDS Total Int'l Bond Fund | A | Dividend | J | T | | | | | |
| 40.    11. - Vanguard Int'l Equity Index Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 41.    IRA #1 (H) | | | | | | | | | |
| 42.    1. - Vanguard Target Date 2035 Fund | A | Dividend | L | T | | | | | |
| 43.    IRA #2 (H) | | | | | | | | | |
| 44.    1. - Fidelity Freedom 2025 Fund | A | Dividend | J | T | | | | | |
| 45.    2. - Fidelity Freedom 2030 Fund | A | Dividend | J | T | | | | | |
| 46.    IRA #3 (H) | | | | | | | | | |
| 47.    1. - Fidelity Freedom 2030 Fund | A | Dividend | N | T | | | | | |
| 48.    IRA #4 (H) | | | | | | | | | |
| 49.    1. -TIAA-CREF Lifecycle 2035 Fund | A | Dividend | J | T | | | | | |
| 50.    American Century Ultra Fund | A | Dividend | J | T | | | | | |
| 51.    Hennessy Cornerstone Value-Investor 2035 Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harner, Michelle M.** | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michelle M. Harner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544